**MARKS, O'NEILL, O'BRIEN,**
**DOHERTY & KELLY, P.C.**
**BY:  Christian M. Scheuerman, Esquire**
**535 Route 38 East**
**Suite 501**
**Cherry Hill, NJ   08002**
**(856)663-4300**

**ATTORNEY FOR DEFENDANTS**
**Greg Berger, Robin Steiner, and David Parisier**

251-102605(SXK/CMS)

| | |
|---|---|
| Dixon Mills Condominium Association, Inc. | UNITES STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| vs. | CASE NO.: 2:18-cv-11927 |
| Greg Berger, Robin Steiner and David Parisier, et al. | CIVIL ACTION |
| | **NOTICE OF APPEARANCE** |

   Notice is hereby given of the appearance of Christian M. Scheuerman, Esquire as counsel for Defendants Greg Berger, Robin Steiner, and David Parisier in the above-captioned action.

**MARKS, O'NEILL, O'BRIEN,**
**DOHERTY & KELLY, P.C.**

*/s/ Christian M. Scheuerman*
Christian M. Scheuerman, Esquire
Attorney for Defendants Greg Berger, Robin Steiner and David Parisier

{NJ892063.1}