Case 2:18-cv-11927-MCA-LDW   Document 8   Filed 07/31/18   Page 1 of 1 PageID: 131

Dennis A. Estis, Esq. (destis@greenbaumlaw.com)
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Metro Corporate Campus One
99 Wood Ave. South
Iselin, New Jersey 08830
(732) 549-5600
Attorneys for Plaintiff

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DIXON MILLS CONDOMINIUM ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RGD HOLDING COMPANY, LLC, ROBERT MARTIN COMPANY, LLC, RMC MEZZANINE COMPANY, LLC, RMC GTIS DIXON, LLC, GOLDENTREE INSITE 72nd ST LLC, RMPC DIXON, LLC, PROSPECT CAPITAL GROUP, LLC, GREG BERGER, BRUCE PETERSON, TIMOTHY M. JONES, BARRY RITHOLZ, MATTHEW MCGRATH, MARK DURNO, ROBIN STEINER, DAVID PARISIER, URS CORPORATION, THE SCHONBRAUN MCCANN GROUP LLP, RMR RESIDENTIAL REALTY, LLC, JOHN DOE 1-20 and ABC CORP. 1-20,<br><br>Defendants. | **No. 2:18-cv-11927 (MCA) (LDW)** |

## NOTICE OF VOLUNTARY WITHDRAWAL OF COUNT XI ONLY

By this Notice, Plaintiff Dixon Mills Condominium Association, Inc. ("Plaintiff") hereby dismisses Count XI of its First Amendment to the Amended Complaint voluntarily, without prejudice and without costs.

**GREENBAUM ROWE SMITH & DAVIS, LLP**
Attorneys for Plaintiff

Dated: July 31, 2018        By: /s/*Dennis A. Estis*
                                                Dennis A. Estis

5223149.1