**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Clerk's Office – Newark, NJ**

DIXON MILLS CONDOMINIUM
ASSOCIATION INC

          Plaintiff,

v.

          Case No.:
          2:18–cv–11927–MCA–LDW

          Judge Madeline Cox Arleo

RGD HOLDING COMPANY, LLC, et al.

          Defendant.

Clerk, Superior Court of New Jersey
Hudson County Administration Building
595 Newark Avenue
Jersey City, NJ 07306

State No: HUD–L–004277–16

**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

          Very truly yours,

          William T. Walsh, Clerk
          By Deputy Clerk, cm

encl.
cc: All Counsel